UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| VICTORIA ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:17-CV-776-RLM-MGG |
| ) | |
| SYNCHRONY BANK d/b/a/ ) | |
| JCPENNEY CREDIT SERVICES, ) | |
| ) | |
| Defendant. ) | |

ORDER

Pursuant to plaintiff's voluntary notice of dismissal [Doc. No. 14] and Fed. R. Civ. P. 41(a)(1)(A)(i), count II of plaintiff's complaint against the defendant is DISMISSED with prejudice.

SO ORDERED.

ENTERED:  December 14, 2017

    /s/ Robert L. Miller, Jr.
Judge
United States District Court